proviso that such goods as failed to do what was represented by the plaintiff might be returned by the defendant. Under the terms of this agreement the plaintiff delivered to the defendant, in December, 1896, certain goods, of the alleged value of $200.25; and the defendant, claiming a breach of this provision of the contract above referred to, undertook at some time thereafter to return the goods so delivered, and one of the questions which was submitted to the jury was whether such return was made within a reasonable time after the alleged defects were discovered and pointed out; and the jury determined that issue in favor of the plaintiff. With the submission of this question to the jury we think the entire case was disposed of, and, as it was the province of the jury to determine this issue, the court on appeal will not interfere to disturb the finding.

Judgment and order appealed from affirmed.

FITZSIMONS, C. J., concurs.

---

### BELL v. VALENT.

(City Court of New York, General Term. May 1, 1900.)

CONFLICTING EVIDENCE—VERDICT—APPEAL.
    A verdict on conflicting evidence will not be disturbed on appeal.

Appeal from trial term.

Action by Harry W. Bell against Gabriel Valent on drafts accepted by defendant. From a judgment in favor of plaintiff, and from an order denying a motion for a new trial, defendant appeals. Affirmed.

Argued before FITZSIMONS, C. J., and CONLAN and O'DWYER, JJ.

Louis S. Finn, for appellant.
Scott & Treadwell, for respondent.

CONLAN, J. This is an appeal from a judgment at a trial term entered upon a verdict, and from an order denying a motion for a new trial. The action was upon two drafts accepted by the defendant. The making and acceptance of the drafts are admitted, but the defendant alleges there was a conditional acceptance, based upon the completion of certain work by the drawers of the draft before they should become payable. This is denied by the plaintiff, who says the acceptance and delivery were unaccompanied by any condition whatever other than at the time of the acceptance the defendant had not the funds wherewith to pay the same. Upon this conflict the case was submitted to the jury upon a charge which was eminently fair to the defendant, and, the jury having determined the issues in favor of the plaintiff, it is not within our province as an appellate tribunal to interfere with that determination, unless something has occurred which operated to the prejudice of the defendant's rights in the minds of the jury; and, finding no ele-

ment of the kind in the record before us, it follows that the judgment and order appealed from must be affirmed, with costs.

Judgment and order appealed from affirmed, with costs. All concur.